**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-25120- Civ-COOKE**

ALEJANDRO ESPINOZA,

     Plaintiff,

vs.

BUNNY RETAIL LIMITED PARTNERSHIP,
a Foreign limited liability company,

     Defendant.

_____/

**ORDER OF DISMISSAL**

     THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal (ECF No. 10). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

     **DONE and ORDERED** in Chambers, in Miami, Florida, this 21st day of February 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*